Taylor-Davis, Inc. *v.* Van Cor, Inc. (et al., Appellant).

Argued March 18, 1976. *Howard D. Scher*, with him *Mark I. Slotkin*, and *Goodis, Greenfield, Henry, Shaiman & Levin*, for appellant; *Jerome Poltenstein*, for appellee.

Order affirmed.

Torna *v.* Lerario, Appellant.

Argued March 16, 1976. *F. Kirk Adams*, for appellant; *R. David Bradley*, with him *Mark R. Cuker*, for appellee.

Order affirmed.

CERCONE, J., absent.

Tranchitella, et vir *v.* DeNicola, Appellant.

Argued March 17, 1976. *William V. Coleman*, with him *Liebert, Short, Fitzpatrick & Lavin*, for appellant; *Arthur M. Rosenbaum*, with him *Bernard M. Gross*, and *Gross & Sklar*, for appellees.

Order affirmed.